■

Vern W. ENGLERT, petitioner,
v. UNITED STATES.
No. 97-8239.

Supreme Court of the United States.

April 27, 1998.